Colleen A. Snyder (SB No. 274064)
Snyder & Shaw LLP
3220 S. Higuera Street, Suite 220
San Luis Obispo, CA 93401
Telephone: (805) 439-4646
Facsimile: (805) 301-8030
colleen@snydershaw.com

Nicholas Kloeppel (SB No. 186165)
The Mitchell Law Firm, LLP
P.O. Drawer 1008
426 First Street
Eureka, CA 95501
Telephone: (707) 443-5643
Fax: (707) 444-9586
nkloeppel@mitchelllawfirm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.D., a minor; by and through his guardian ad litem Linda Vang,<br><br>Plaintiff,<br><br>v.<br><br>Del Norte Unified School District, Perry Cooper, and Does 1-10,<br><br>Defendants. | CASE NO.: 1:24-cv-01795-RMI<br><br>[~~PROPOSED~~] ORDER APPROVING JOINT PETITION FOR APPROVAL MINOR'S COMPROMISE |

Upon stipulation of the parties hereto, and finding good cause thereto: The full and final settlement of A.D.'s claims, as set forth in the Joint Petition for Approval of Minor's Compromise and as articulated in the September 30, 2024 Agreement ("Exhibit Two" to the Petition) is hereby approved as follows:

1) Within thirty days of this Order, the Del Norte Unified School District (the District") shall pay the total sum of $525,000 to A.D.'s client trust account with Snyder & Shaw LLP;

2) Payment shall be made to Snyder & Shaw LLP for attorneys' fees and costs, in the amount of $130,323.36 for attorneys' fees and $405 for costs;

3) Payment of A.D.'s lien to the Department of Health Care Services shall be made in the amount of $3,301.56;

4) The remaining funds, in the amount of $390,970.08, shall be deposited into a special needs trust created for A.D.'s benefit;

5) Plaintiff, by and through his guardian ad litem, may use up to $7,500 of the settlement proceeds to pay an attorney to establish the special needs trust;

6) The District shall deposit the remaining compensatory funds from the April 2024 Settlement into the special needs trust, within 30 days of written notification that the special needs trust has been established; and

7) This Court will retain jurisdiction over the enforcement of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: December 10, 2024

By: _____
HON. ROBERT M. ILLMAN