```
Nicholas R. Kloeppel, CSB #186165
THE MITCHELL LAW FIRM, LLP
Attorneys at Law
426 First Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
Email: nkloeppel@mitchelllawfirm.com

Attorneys for Defendants
Del Norte Unified School District and Perry Cooper
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.D., a minor, by and through his guardian ad litem LINDA VANG,<br><br>Plaintiff,<br><br>vs.<br><br>DEL NORTE UNIFIED SCHOOL DISTRICT, PERRY COOPER, and DOES 1-10,<br><br>Defendants. | CASE NO.: 1:24-cv-01795-RMI<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

    Pursuant to Local Rules 6-1(b), 6-2(a), 7-12, and 16-2(e), Defendant DEL NORTE UNIFIED SCHOOL DISTRICT and PERRY COOPER ("Defendants"), by and through their counsel of record, The Mitchell Law Firm, LLP, by Nicholas R. Kloeppel, and plaintiff A.D., a minor, by and through his guardian ad litem LINDA VANG, ("Plaintiff"), by and through their counsel for record, Snyder & Shaw, LLP, by Colleen Snyder who hereby stipulate and agree as follows:

    WHEREAS, a comprehensive Release has been executed by Plaintiff and Defendants;

///

THE MITCHELL LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATION FOR DISMISSAL AND ORDER THEREON
1:24-cv-01795-RMI

WHEREAS, the Release provides for a dismissal of this entire action with prejudice of all claims and causes of action set forth in the operative Complaint within ten (10) days of receipt of the settlement draft; and

WHEREAS, defendant confirms the settlement draft has been released to plaintiff's attorney per the terms of the Release;

NOW, THEREFORE, IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the Parties through their respective counsel, that this entire action, including all claims asserted against the defendant be dismissed with prejudice effective immediately.

IT IS SO STIPULATED AND AGREED.

DATED: 1/15/2025        SNYDER & SHAW, LLP

By: *Colleen Snyder*
Colleen Snyder
Attorneys for Plaintiff

DATED: 1/16/2025        THE MITCHELL LAW FIRM, LLP

By: /s/ Nicholas R. Kloeppel
Nicholas R. Kloeppel
Attorneys for Del Norte Unified School District and Perry Cooper

### SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all of the signatories for whom a signature is indicated by a "/s/" signature within this e-filed document and I have on file confirmation of this concurrence for subjection production for the court if so ordered.

DATED: 1/16/2025        THE MITCHELL LAW FIRM, LLP

By: /s/ Nicholas R. Kloeppel
Attorneys for Defendants

THE MITCHELL LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION FOR DISMISSAL AND ORDER THEREON
1:24-cv-01795-RMI

## ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 21, 2025

[signature]

Honorable Robert M. Illman
UNITED STATES DISTRICT
MAGISTRATE JUDGE

THE MITCHELL LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

3

STIPULATION FOR DISMISSAL AND ORDER THEREON
1:24-cv-01795-RMI